# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LLOYD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>versus<br><br>J&J VINYL SIDING, LLC and JERRY DEVILLE<br><br>Defendants. | Civil Action No. 2:20-cv-03419 |

## **O R D E R**

Considering the Joint MOTION to Dismiss Case without Prejudice Pursuant to FRCP 41(a) by William Lloyd, Jerry Deville, J & J Vinyl Sliding, LLC (R. Doc. 14):

IT IS HEREBY ORDERED that Plaintiffs' claims be and hereby are dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana this  4th  day of _____ March _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT